FILED

Mar 03 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY      s/ rhear      DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GERALDINE HILL (1),<br>CLAYTON HILL (2),<br><br>    Defendants. | Case No. '20 CR0783 DMS<br><br>I N F O R M A T I O N<br><br>Title 18, U.S.C., Sec. 371 –<br>Conspiracy to Commit Mail Fraud;<br>Title 26, U.S.C., Sec. 7201 –<br>Tax Evasion |

The United States Attorney charges:

**INTRODUCTORY ALLEGATIONS**

At all times relevant to this Information:

1. GERALDINE HILL and CLAYTON HILL operated On Your Feet, Inc. ("OYF"), a.k.a. Family Resource Center ("FRC"), in the Southern District of California. FRC/OYF described itself as a non-profit organization with a mission of "providing assistance to low income families and individuals in need to better their living conditions and quality of life."

2. GERALDINE HILL registered OYF/FRC with the Internal Revenue Service as a 501(c)(3) exempt charitable organization in approximately March 2009. GERALDINE HILL first registered OYF/FRC with the California Registry of Charitable Trusts as a charity in approximately June 2011;

OYF/FRC's California charitable registration status became delinquent in approximately May 2012.

### COUNT ONE

### (Conspiracy - 18 U.S.C. § 371)

3. The Introductory Allegations contained in paragraphs 1 through 2 of this Information are realleged and incorporated as if set forth fully herein.

4. Beginning as early as March 2009 and continuing through at least April 2017, within the Southern District of California, and elsewhere, defendants GERALDINE HILL and CLAYTON HILL did knowingly and willfully conspire and agree with each other to commit the following offenses against the United States: Mail Fraud, in violation of Title 18, United States Code, Section 1341.

### MANNER AND MEANS

5. It was part of the conspiracy that GERALDINE HILL and CLAYTON HILL would fraudulently obtain donated clothing and other items from various companies/vendors by false representations and promises.

6. It was further part of the conspiracy that GERALDINE HILL and CLAYTON HILL agreed to and did falsely promise not to sell donated merchandise for profit, when in fact GERALDINE HILL and CLAYTON HILL knew they were reselling the fraudulently obtained clothing and other items to M.M. and others.

7. It was further part of the conspiracy that, in soliciting donations from Forever 21, GERALDINE HILL and CLAYTON HILL made various false promises and representations to Forever 21, including stating in their marketing that "[t]he merchandise is never sold by On Your Feet Incorporated and any merchandise impossible to sell is disposed of.

2

Every individual receiving a donation is required to register and sign a form saying none of the merchandise will be resold."

8. It was further part of the conspiracy that, in soliciting donations from Forever 21, GERALDINE HILL and CLAYTON HILL further represented to Forever 21 that the "[m]ajority of the [OYF/FRC] personnel are volunteer members and are all required to sign a consent form stating that merchandise may not be taken or sold."

9. It was further part of the conspiracy that GERALDINE HILL and CLAYTON HILL used the proceeds from selling donated items to financially support themselves, their family members and other associates.

10. It was further part of the conspiracy that GERALDINE HILL and CLAYTON HILL used the mail and email to further their scheme to defraud.

**OVERT ACTS**

11. In furtherance of said conspiracy and to effect and accomplish the objects thereof, the following overt acts, among others, were committed within the Southern District of California, and elsewhere:

a. In an email on May 20, 2015, to an employee of Forever 21, GERALDINE HILL falsely claimed that the "routine for processing donated items" included "cutting [the] inside label in half" and "defacing [the] inside label with permanent marker," and further claimed that "we've never had a problem with any donations we have received that companies have been so kind to donate."

b. In June 2015, Forever 21 donated to OYF/FRC approximately 161 pallets of clothing, which was valued by Forever 21 at $2.9 million (cost)/$5.6 million (retail). Immediately upon receiving the 161 pallets from Forever 21, GERALDINE HILL and CLAYTON HILL sold the donated goods to M.M., who operates various for-profit discount retailers including

Saldos Para Todos, Pallets y Mas, Clothes 4 Less and Merchandise Liquidators.

    c. In September 2016, GERALDINE HILL solicited additional donations from Forever 21 by promising to use them for a "Christmas Giveaway," causing Forever 21 to donate 16 pallets of clothing on October 27, 2016; co-Defendant acknowledged in a letter to Forever 21 that the donated goods had a retail value of $314,371. Immediately upon receiving the 16 pallets from Forever 21 in October 2016, GERALDINE HILL and CLAYTON HILL sold the donated goods to M.M.

    d. On March 2, 2016, FRC/OYF received over 1,900 cases of Clorox Bleach from Feed the Children, which GERALDINE HILL and CLAYTON HILL acknowledged was valued at over $20,000. GERALDINE HILL and CLAYTON HILL had previously signed acknowledgements that "donations received through Feed the Children may not be sold, bartered or exchanged." Notwithstanding their promises, the day after receiving the 1,900 cases for Clorox Bleach from Feed the Children, GERALDINE HILL and CLAYTON HILL sold the bleach to M.M. Defendant falsely represented to Feed the Children on a "Donation Feedback Report" and "Certificate of Donation" dated April 6, 2016 that the bleach was "given out to less fortunate families."

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

(26 U.S.C. §7201)

12. The Introductory Allegations contained in paragraphs 1 through 2 of this Information are realleged and incorporated as if set forth fully herein.

13. During the calendar year 2014, the defendants GERALDINE HILL and CLAYTON HILL, residents of San Diego, California, received taxable

income, upon which there was income tax due and owing to the United States of America.

14. The defendants knew the foregoing facts, and failed to make an income tax return on or before April 15, 2015, as required by law, to any proper officer of the IRS, and failed to pay the income tax due to the Internal Revenue Service.

15. From in or about January 2014 through in or about April 2015 in the Southern District of California and elsewhere, the defendants, willfully attempted to evade and defeat income tax due and owing for the calendar year 2014, by committing affirmative acts including conducting payroll for OYF in cash, and concealing income by filing a false charitable tax return, Form 990-N, which fraudulently claimed that OYF received less than $50,000 in gross receipts when in fact OYF received substantially in excess of that amount.

All in violation of Title 26, United States Code, Section 7201.

DATED: 3/3/20

ROBERT S. BREWER, JR.
United States Attorney

*[signature]*
REBECCA S. KANTER
Assistant U.S. Attorney

*[signature: Rebecca Kanter for]*
VALERIE G. PREISS
Trial Attorney, Tax Division