**United States District Court**

**Southern District of California**

HON. DANA M. SABRAW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **ORDER EXTENDING DEADLINE TO SELF-SURRENDER** |
| Plaintiff, ) | |
| vs. ) | |
| ) | Case No. 3:20-cr-00783-DMS |
| GERALDINE HILL (1), ) | |
| Defendant ) | |

Based on the defendant's motion, which is not opposed by the United States, and for good cause, the deadline for Ms. Hill to report to BOP custody is extended to January 27, 2021 at 3:00 pm.

DATED this  22  day of January, 2021.

Dana M. Sabraw
*United States District Judge*

Order

1